# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOPHIA MARIE MENDOZA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77332

FILED

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "denial of parole board hearing." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying parole in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

---

[1]Given this order, we take no action on the pro se letter filed on November 21, 2018.

18- 907633

cc: Hon. Kathleen E. Delaney, District Judge
Sophia Marie Mendoza
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk